## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Latrice Franklin and Brian Brewer | FILED: JULY 30, 2008 |
| v. | 08CV4323 |
| City of Chicago, Chicago Police Officers | JUDGE GOTTSCHALL |
| John Doe #1, John Doe #2, John Doe #3, | MAGISTRATE JUDGE BROWN |
| John Doe #4 and John Doe #5 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

PH

---

**NAME (Type or print)**
Jan Susler

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ Jan Susler

**FIRM**
People's Law Office

**STREET ADDRESS**
1180 N. Milwaukee Ave.

**CITY/STATE/ZIP**
Chicago

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2778440 | (773)235-0070 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐