AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LATRICE FRANKLIN AND BRIAN
BREWER

               V.

CITY OF CHICAGO, CHICAGO POLICE
OFFICERS JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4, JOHN DOE #5

CASE NUMBER: 08cv4323

ASSIGNED JUDGE: Judge Gottschall

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Brown

TO: (Name and address of Defendant)

CITY OF CHICAGO
121 N. LaSalle St.
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

August 4, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8.5.08 |
| NAME OF SERVER *(PRINT)* BRAD THOMSON | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Served Nancy Niemensk. of the City of Chicago at City Hall, 121 N. LaSalle

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8.5.08
*Date*

*Signature of Server* [signed]

1180 N. Milwaukee Ave.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.