**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: 08 C 4323 |
| LATRICE FRANKLIN, et al. | |
| v. | |
| CITY OF CHICAGO, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

| |
|---|
| NAME (Type or print) <br> Helen C. Gibbons |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Helen C. Gibbons |
| FIRM   City of Chicago Department of Law |
| STREET ADDRESS   30 North LaSalle Street, Suite 1020 |
| CITY/STATE/ZIP   Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292881 | TELEPHONE NUMBER <br> (312) 742-3541 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐