IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LATRICE FRANKLIN, et al., | ) | |
| Plaintiffs, | ) | NO. 08 C 4323 |
| v. | ) | HON. JUDGE GOTTSCHALL |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**DEFENDANT'S AGREED MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City, moves for an extension of time up to and including September 15, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the defendant states as follows:

1. On July 30, 2008, plaintiff filed the current action, alleging state law and constitutional violations against the defendants.

2. Plaintiff's complaint and summons were served on the City on August 5, 2008. The City is due to answer or otherwise plead by August 25, 2008.

3. Undersigned counsel was assigned this matter on August 14, 2008.

4. Counsel for the City has just begun the process of investigating the allegations in plaintiff's Complaint, however requires more time to properly answer or otherwise plead to plaintiff's Complaint.

5. Therefore, counsel for the City requests an extension of time to September 15, 2008, to answer or otherwise plead to plaintiff's Complaint.

6. Counsel for the City spoke to plaintiff's counsel on August 14, 2008 and plaintiff's counsel has no objection to this motion.

7. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is not made for the purpose of delay or for any other improper

purpose.

WHEREFORE, the City respectfully requests that this Honorable Court grant it an extension of time up to and including September 15, 2008, to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY: /s/ *Helen C. Gibbons*
HELEN C. GIBBONS
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541
Atty. No. 6292881

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 14th day of August, 2008.


                                                /s/ Helen C. Gibbons
                                                HELEN C. GIBBONS