**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LATRICE FRANKLIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO.  08 C 4323 |
| | ) | |
| v. | ) | HON. JUDGE GOTTSCHALL |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    All Parties of Record

      **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her place or stead, on the 11th day of September, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

      **DATED** at Chicago, Illinois this 14th day of August 2008.

                          MARA S. GEORGES
                          CORPORATION COUNSEL
                          CITY OF CHICAGO

        BY:    /s/ Helen C. Gibbons

City of Chicago, Department of Law       HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020      Assistant Corporation Counsel
Chicago, Illinois  60602             Attorney for Defendant City
(312) 742-3541